**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America ) | CASE NO. 1:99CR279 | |
| Plaintiff(s) ) | | |
| ) | Judge David D. Dowd, Jr. | |
| - vs - ) | | |
| ) | **O R D E R** | |
| Mario L. Levy ) | | |
| Defendant(s) ) | | |

    A hearing was conducted on November 28, 2012, regarding a petition filed by the U.S. Probation Office regarding a violation of the defendant of the terms and conditions of supervised release. The defendant Mario L. Levy and his counsel, Timothy Ivey appeared. The Court finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report and adopts the Report and Recommendation of Magistrate Jude Limbert. See docket #123 and docket #130.

  IT IS ORDERED that the Court will continued the defendant's supervision in this matter.


 November 28, 2012          *s/David D. Dowd, Jr.*
    Date                     DAVID D. DOWD, JR.
                              U. S. DISTRICT JUDGE